# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DAVID WASHINGTON SPIKES**
**and NTERNET SOLUTIONS, LLC**                                    **PLAINTIFFS**

**V.**                                              **CAUSE NO. 2:07-CV22-SA**

**BOLIVAR COUNTY, MISSISSIPPI,**
**for federal law violations, ADRIAN L. BROWN,**
**et al.**                                                        **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, being advised that Plaintiffs, David Washington Spikes and Nternet Solutions, LLC and Defendant, United States Fidelity and Guaranty Company ("USF&G"), have settled their dispute in the above styled cause, hereby dismisses USF&G as a defendant from this action, including all claims against USF&G, with prejudice, with each party bearing their own costs. It is expressly understood that USF&G's cross-claim against defendant, Adrian Brown, is not dismissed and that USF&G will remain as a cross-plaintiff.

**SO ORDERED**, this the 23rd day of June, 2008.

                                    **/s/ Sharion Aycock**
                                    **U.S. DISTRICT COURT JUDGE**