IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DAVID WASHINGTON SPIKES, et al.**                                               **PLAINTIFFS**

v.                                                        **CAUSE NO.: 2:07CV22-SA-SAA**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**                                       **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, being advised that Plaintiffs, David Washington Spikes and Nternet Solutions, LLC, have settled their dispute in the above-styled cause, hereby dismisses Plaintiffs' claims against Bolivar County, Mississippi, Eddie Andrew Williams, III, Richard Coleman, Sr., James McBride, Donnie Whitten, Bern Prewitt, Adrian Brown, Union Insurance Company, Brierfield Insurance Company, and Western Surety Company with prejudice.

It is understood the cross-claims by Union Insurance Company, Brierfield Insurance Company, United States Fidelity & Guaranty Company and Western Surety Company against Eddie Andrew Williams, III, Richard Coleman, Sr., James McBride, Donnie Whitten, Adrian Brown and Bern Prewitt are not dismissed. Union Insurance Company, Brierfield Insurance Company, United States Fidelity & Guaranty Company and Western Surety Company will remain as Cross-Plaintiffs, and Eddie Andrew Williams, III, Richard Coleman, Sr., James McBride, Donnie Whitten, Adrian Brown and Bern Prewitt will remain as Cross-Defendants.

So **ORDERED**, this the 19th day of August, 2008.

                                                                                **/s/ Sharion Aycock**
                                                                                **U.S. DISTRICT COURT JUDGE**