# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DAVID WASHINGTON SPIKES, et al.**                                    **PLAINTIFFS**

**v.**                                    **CAUSE NO.: 2:07CV22-SA-SAA**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**                              **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, being advised that Cross-Claim Plaintiffs, Western Surety Company, Union Insurance Company, and Brierfield Insurance Company, and Cross-Claim Defendants, Eddie Andrew Williams, III, Richard Coleman, Sr., James McBride, Donny Whitten, and Bern Prewitt have settled their dispute in the above-styled cause, hereby dismisses the cross-claims against Eddie Andrew Williams, III, Richard Coleman, Sr., James McBride, Donny Whitten, and Bern Prewitt with prejudice and with each party bearing their own costs.

So **ORDERED**, this the 15th day of October, 2008.

                                                                     **/s/ Sharion Aycock**
                                                                     **U.S. DISTRICT COURT JUDGE**